## CHARLES C. WILLIAMS AND JACOB MOTTE *versus* ALFRED CHURCHILL

PAPERS IN FILE: [None]
*Office Docket*, MS p. 64, c. 1.

## JAMES JACKSON EX DEM. JAMES McMANUS *versus* JOHN STILES (LYMAN HARVEY, TENANT), STEPHEN MACK AND SHUBAEL CONANT

PAPERS IN FILE (1818): (1) Affidavit of service of declaration and notice; (2) draft of consent rule.

## JEAN BAPTISTE DESCHAMPS *versus* CAPT. GLEASON

PAPERS IN FILE: [None]
*Office Docket*, MS p. 69, c. 50.

## UNITED STATES *versus* EBENEZER CHURCH

PAPERS IN FILE (1818): (1) Precipe for process; (2) capias and return.